# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Christina Grabe

                          Plaintiff,

v.                                                    Case No.: 1:08−cv−03310
                                                           Honorable Suzanne B. Conlon

Museum of Science and Industry

                          Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Morton Denlow for the purpose of holding proceedings related to: settlement conference.(wyh, )Notices mailed by Judicial staff.

Dated: July 22, 2008

                                                                               /s/ Suzanne B. Conlon

                                                                       United States District Judge