# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3310 | **DATE** | 7/22/2008 |
| **CASE TITLE** | CHRISTIAN GRABE vs. MUSEUM OF SCIENCE AND INDUSTRY | | |

**DOCKET ENTRY TEXT**

Status hearing held. Parties shall comply with FRCP 26(a)(1) by August 22, 2008. Discovery cutoff and filing of dispositive motions with supporting memoranda are set on January 20, 2009. Submission of the joint final pretrial order and agreed pattern jury instructions is set on February 11, 2009 at 9:00 a.m.; plaintiff shall submit draft to defendant by February 4, 2009. The case is placed on the February trial calendar. The case is referred to the designated magistrate judge for settlement conference.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:08-cv-03310   Document 11   Filed 07/22/2008   Page 1 of 1

08C3310 CHRISTIAN GRABE vs. MUSEUM OF SCIENCE AND INDUSTRY                                              Page 1 of 1